**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7785

AHMED MALACHI ABDEL-AZIZ,

Petitioner - Appellant,

versus

LOWER SECURITY CORRECTIONAL INSTITUTION,
Butner; PATRICIA R. STANSBERRY, Warden,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan, Chief
District Judge. (CA-04-490-5-FL)

Submitted: April 28, 2005                    Decided: May 4, 2005

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ahmed Malachi Abdel-Aziz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ahmed Malachi Abdel-Aziz, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Abdel-Aziz v. Lower Security Corr. Inst., No. CA-04-490-5-FL (E.D.N.C. Sept. 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED